UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RANDY S. BOWERS,
NELSON C. BOWERS,

                       Plaintiffs,

                                                ORDER

                                                06-CV-6081L

                    v.

COUNTY OF SCHUYLER, et al.,

                       Defendants.
_____

      Plaintiffs' *pro se* motion for an injunction and a restraining order (Dkt. #31) is in all respects denied.

      IT IS SO ORDERED.

                                      _____
                                          DAVID G. LARIMER
                                        United States District Judge

Dated: Rochester, New York
       April 19, 2007.